UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          07 Civ. 4798
Kishma Pickering and Sheron Branch
                              Plaintiffs
                                                                                          CONSENT
   -against-

The 40/40 Club, Twenty Ones Incorporated,
Jay-Z aka Sean Carter, Juan Perez,
and Desire Gonzalez
                              Defendants.
-----------------------------------------------------------X


## CONSENT

I, Sheron Branch, declare under penalty of perjury that I consent to be a Plaintiff in this action.


I, , declare under penalty of perjury that the foregoing is true and correct:

Dated: June 5, 2007
      New York, New York

                                                  Signed: *[signature]*
                                                          Sheron Branch