UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X         07 Civ. 4798
Kishma Pickering and Sheron Branch
                                Plaintiffs
                                                                                      CONSENT
      -against-

The 40/40 Club, Twenty Ones Incorporated,
Jay-Z aka Sean Carter, Juan Perez,
and Desire Gonzalez
                                Defendants.
-------------------------------------------------------------X

## CONSENT

I, Kishma Pickering, declare under penalty of perjury that I consent to be a Plaintiff in this action.

I, , declare under penalty of perjury that the foregoing is true and correct:

Dated: May 22, 2007
      New York, New York

                                               Signed: *[signature]*
                                                       Kishma Pickering