UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK   Attorney: MICHAEL SHEN & ASSOCIATES, P.C.

KISHMA PICKERING, ETANO

                                                Plaintiff(s)

       - against -

THE 40/40 CLUB, ETAL

                                                Defendant(s)

Index # 07 CIV 4798 (PRESKA)

Purchased June 5, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 13, 2007 at 02:30 PM at

6 WEST 25TH STREET
NEW YORK, NY 10010

deponent served the within SUMMONS AND COMPLAINT on THE 40/40 CLUB therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 35 | 5'10 | 190 |

MUSTACHE

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

6 WEST 25TH STREET
NEW YORK, NY 10010

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 14, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 14, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 441948

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728