UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK          Attorney: MICHAEL SHEN & ASSOCIATES, P.C.

Case 1:07-cv-04798-LAP   Document 5   Filed 06/18/2007   Page 1 of 1

---

KISHMA PICKERING, ETANO

                                      Plaintiff(s)

           - against -

THE 40/40 CLUB, ETAL

                                      Defendant(s)

Index # 07 CIV 4798 (PRESKA)

Purchased June 5, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 13, 2007 at 02:30 PM at

6 WEST 25TH STREET
NEW YORK, NY10010

deponent served the within SUMMONS AND COMPLAINT on TWENTY ONES INCORPORATED therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to "JOHN SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 35 | 5'10 | 190 |

MUSTACHE

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 14, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 441948

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728