PR814A,5,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kishma Pickering and Sheron Branch,

        Plaintiffs,                Case No. 07 Civ. 4798 (LAP)

     -against-

The 40/40 Club, Twenty Ones Incorporated, Jay-Z    **STIPULATION**
aka Sean Carter, Juan Perez, and Desire Gonzalez
Perez,

        Defendants.

IT IS HEREBY STIPULATED AND AGREED, between the parties in the above captioned action, that:

1. Defendants hereby waive their right to assert any affirmative defense on the basis of improper service of process in regards to the service of plaintiffs' Complaint.

2. Despite this waiver, defendants do not concede that any defendant is properly named in this action.

3. All defendants have until August 2, 2007 in order to answer, move or otherwise respond to plaintiffs' Complaint.

**SO STIPULATED**

By: _____

Michael Shen (MS-5714)
Michael Shen & Associates, P.C.
225 Broadway, Suite 2515
New York, New York 10007
(212) 227-0300

Counsel for Plaintiffs

Dated: 6/27/7

By: _____

Andrew P. Marks (AM-0361)
Sam D. Shcinkin (SS-9719)
Littler Mendelson, P.C.
885 Third Avenue, Suite 1600
New York, New York 10022
(212) 583-9600

Counsel for Defendants

Dated: 6/27/07

**SO ORDERED:**

_____
U.S.D.J.

June 29, 2007