LITTLER MENDELSON, P.C.
  Andrew P. Marks (AM-0361)
  Sara D. Sheinkin (SS-9719)
885 Third Avenue, 16th Floor
New York, New York  10022.4834
Tel:  212.583.9600
Fax:  212.832.2719
  Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kishma Pickering and Sheron Branch,<br><br>        Plaintiffs,<br><br>     -against-<br><br>The 40/40 Club, Twenty Ones Incorporated, Jay-Z aka Sean Carter, Juan Perez, and Desire Gonzalez Perez,<br><br>        Defendants. | Case No. 07 Civ. 4798 (LAP)<br><br>**DEFENDANTS' CORPORATE<br>DISCLOSURE STATEMENT**<br><br>**DOCUMENT FILED ELECTRONICALLY** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Twenty Ones, Inc., through the undersigned counsel of record, hereby states that it has no parent corporations and that there is no publicly held company that owns 10% or more of its stock.

Dated: New York, New York
       August 6, 2007

LITTLER MENDELSON, P.C.

By:   s/ Sara D. Sheinkin
     Andrew P. Marks (AM-0361)
     Sara D. Sheinkin (SS-9719)
     885 Third Avenue
     New York, New York 10022
     Tel:  (212) 583-9600

     Attorneys for Defendants