UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Celeste Williams
& Kishma Pickering
                    Plaintiff(s),

        -against-

Twenty Ones, Inc.
                    Defendant(s).
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

07 CV 3978
07 Civ. 4798 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on June 19, 2008 at 11:00 a.m. for oral argument in the above-captioned action.

SO ORDERED

June 9, 2008

Loretta A. Preska, U.S.D.J.