UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X         07 Civ. 4798
Kishma Pickering and Sheron Branch,

                        Plaintiffs

       -against-                      NOTICE OF
                                           CHANGE OF ADDRESS
The 40/40 Club, Twenty Ones Incorporated,    AND CONTACT INFORMATION
Jay-Z aka Sean Carter, Juan Perez,
and Desire Gonzalez Perez,

                        Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the address of the offices of Michael Shen & Associates, P.C. will be changing, and that, effective June 16, 2008, the new address will be:

                        Michael Shen & Associates, P.C.
                        55 West End Avenue, Suite S15L
                          New York, New York 10023

      The new fax number will be: 866 830 1529.

      The telephone number will remain the same: 212 227 0300.


Dated:  New York, New York
          June 13, 2008


                                        MICHAEL SHEN & ASSOCIATES, P.C

                                        _____
                                        Michael Shen (5714)
                                        Attorneys for Plaintiff
                                        55 West End Avenue, Suite S15L
                                        New York, New York 10023
                                        (212) 227-0300

Case 1:07-cv-04798-LAP   Document 19   Filed 06/16/2008   Page 2 of 2