USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Kishma Pickering and Sheron Branch,

    Plaintiffs,

-against-

The 40/40 Club, Twenty Ones Incorporated, Jay-Z aka Sean Carter, Juan Perez, and Desire Gonzalez Perez,

    Defendants.

Case No. 07 Civ. 4798 (LAP)

STIPULATION FOR WITHDRAWAL OF ACTION, WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party.

By: _____

Michael Shen (MS-5714)
Shen & Associates, P.C.
55 West End Ave., Suite S15L
York 10023
227-0300

Counsel for Plaintiffs

Dated: 6/23/08

By: _____

Andrew P. Marks (AM-0361) Michael
Sara D. Sheinkin (SS-9719)
Littler Mendelson, P.C. New York, New
885 Third Avenue, Suite 1600 (212)
New York, New York 10022
(212) 583-9600

Counsel for Defendants

Dated: 6/23/08

SO ORDERED: _____, J.

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

LORETTA A. PRESKA, U.S.D.J.

July 8, 2008